**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION**

**BERNITA WARD, ET AL**                                                                                          **PLAINTIFFS**

**VERSUS**                                                                  **CIVIL ACTION NO.  2:03cv371-KS-JMR**

**LIFE INVESTORS INSURANCE
COMPANY OF AMERICA, ET AL**                                                                          **DEFENDANTS**

### JUDGMENT OF DISMISSAL

      This matter is before the Court on Stipulation of Dismissal entered into by all parties.  The Court, being fully advised in the premises,

    It is Ordered and Adjudged:

    That all of the plaintiffs' claims against all of the defendants are dismissed without prejudice pursuant to the stipulation of dismissal entered herein on January 25, 2006;

    That any other pending motions are dismissed as moot.

    SO ORDERED AND ADJUDGED this the 3rd day of February, 2006.


                                         *s/ Keith Starrett*
                             UNITED STATES DISTRICT JUDGE